# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

April 26, 2024

CL-2023-0481

C.W. v. Limestone County Department of Human Resources (Appeal from Limestone Juvenile Court:  JU-21-139.02).

CL-2023-0482

C.W. v. Limestone County Department of Human Resources (Appeal from Limestone Juvenile Court:  JU-21-140.02).

CL-2023-0483

C.W. v. Limestone County Department of Human Resources (Appeal from Limestone Juvenile Court:  JU-21-141.02).

## **ORDER**

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Applications for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Nathan P. Wilson, Clerk